AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP 30 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Jorge Luis Serrano-Melgar

**CRIMINAL COMPLAINT**

Case Number: M-19-2335-M

IAE  YOB: 1989
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 28, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jorge Luis Serrano-Melgar was encountered by Border Patrol Agents near Los Ebanos, Texas on September 28, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 28, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on November 15, 2016 through San Antonio, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 23, 2014, the defendant was convicted of Possession of Control Substance and sentenced to time served and three (3) years probation.

approved by Scott V. Greenbaum, AUSA
See v. Mm. 9/30/19

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Carlos A. Sanchez    Border Patrol Agent

September 30, 2019    3:08 pm

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer